IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD W. NADER,　　　　　　　　　　No. C 08-4280 PJH

　　　　Plaintiff,　　　　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

　　v.

UNITED STATES POST OFFICE,

　　　　Defendant.
_____/

    Plaintiff in the above-entitled matter having failed to appear at the case management conference on January 8, 2009, and defendant having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    The hearing on the order to show cause will be held on January 22, 2009 at 2:30 p.m. in Courtroom No. 3, 17th Floor. If plaintiff fails to appear, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 9, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE