UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD W. NADER,

      Plaintiff(s),

    v.

UNITED STATES POST OFFICE,

      Defendant(s).
_____/

No. C 08-4280 PJH

**ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE**

Because plaintiff in the above-entitled matter failed to appear at the case management conference on January 8, 2009, the court issued an order to show cause why the case should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, setting a hearing date for January 22, 2009 at 2:30 p.m. in Courtroom No. 3, 17th Floor. The order also warned that a failure to appear would result in a dismissal of the complaint. Plaintiff did not appear at the hearing on the order to show cause or otherwise respond to it.

The court having considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and having determined that notwithstanding the public policy favoring the disposition of actions on their merits, the court's need to manage its docket and the public interest in the expeditious resolution of the litigation require dismissal of this action. In view of plaintiff's lack of response to this court's prior order(s), the court finds there is no appropriate less drastic sanction. Accordingly, this action is dismissed with prejudice pursuant to Fed. R. Civ. pro. 41(b) for plaintiff's failure to prosecute.

SO ORDERED.

Dated: January 29, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

1