UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMMAD W. NADER,

      Plaintiff(s),                    No. C 08-4280 PJH

  v.                                 **JUDGMENT**

UNITED STATES POST OFFICE,

      Defendant(s).
_____/

    The court having dismissed the action for plaintiff's failure to prosecute,

    it is Ordered and Adjudged

    that the complaint is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: January 29, 2009

                                                                  _____
                                                                  PHYLLIS J. HAMILTON
                                                                  United States District Judge